UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STARBABE THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:18-cv-00772 |
| | ) |
| IMPERIAL CLEANING SYSTEMS, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 23) recommending that the Defendants' Motion to Dismiss (Doc. No. 17) and Thomas' Motion to Strike (Doc. No. 20) both be denied. The Magistrate Judge recommends that the Motion to Dismiss be denied because it consists of one sentence, contains no analysis, and is perfunctory. (Doc. No. 23 at 6.) The Magistrate Judge recommends denying Thomas' Motion to Strike because Imperial Cleaning Systems provided fair notice of the nature of each affirmative defense, and, therefore, the Motion to Strike is unwarranted. (Id. at 12.) No objections have been filed to the Magistrate Judge's Report and Recommendation.

Upon *de novo* review in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Magistrate Judge's Report and Recommendation is **APPROVED AND ADOPTED**, and the Defendants' Motion to Dismiss (Doc. No. 17) and Thomas' Motion to Strike (Doc. No. 20) are **DENIED**. This case is hereby **RETURNED** to the Magistrate Judge for further case management.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE